**Law Office of Evan L. Lipton, P.C.**
260 Madison Ave, Floor 22
New York, New York 10016
ell@evanliptonlaw.com
(917) 924-9800

January 12, 2025

**By ECF**
Hon. Paul G. Gardephe
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

                Re:    *United States v. Marlon Lawes*,
                      22 Cr. 26 (PGG)

Dear Judge Gardephe:

      I write, with the consent of the government (AUSA Michael Lockard) to respectfully request that the sentencing hearing and associated filed dates be adjourned for approximately two weeks, to a date on or after February 11, 2025. (The sentencing hearing is currently scheduled for January 28, with government papers due January 21 and the defendant's January 14.) The reason for this application is to allow time for the parties to resolve issues with the description of the offense conduct in the presentence report.

      Thank you for your consideration.

                              Respectfully yours,

                              Evan L. Lipton
                         *Attorney for Marlon Lawes*