**Law Office of Evan L. Lipton, P.C.**
260 Madison Ave, Floor 22
New York, New York 10016
ell@evanliptonlaw.com
(917) 924-9800

May 16, 2025

**By ECF**
Hon. Paul G. Gardephe
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

                Re:   *United States v. Marlon Lawes*,
                        22 Cr. 26 (PGG)

Dear Judge Gardephe:

      I write on behalf of defendant Marlon Lawes in the above-referenced matter to respectfully request that the Court exonerate Mr. Lawes's bond and order Pretrial Services to release his passport.

                                          Respectfully yours,

                                          Evan L. Lipton
                                        *Attorney for Marlon Lawes*

Cc:    All counsel (by ECF)